UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS W. S. RICHEY, | NO:  4:16-CV-5047-TOR |
| Plaintiff, | |
| | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| J. AIYEKU, | |
| Defendant. | |

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation (ECF No. 11), which recommends this Court deny as moot Plaintiff's request for a restraining order and/or preliminary injunction (ECF No. 5).

When reviewing a magistrate judge's order regarding a nondispositive matter, a district court "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see* 28 U.S.C. § 636(b)(1)(C).

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

No objection to the Report and Recommendation has been filed. Having carefully reviewed the Report and Recommendation and the file therein, the Court adopts the Report and Recommendation in its entirety.

**ACCORDINGLY, IT IS ORDERED:**

1. The Report and Recommendation (ECF No. 11) is **ADOPTED in its entirety**.

2. Plaintiff's request for a restraining order and/or preliminary injunction (ECF No. 5) is **DENIED.**

3. As denial of this motion is not case dispositive, the District Court Executive is directed to recommit this matter to Magistrate Judge Rodgers for further proceedings in accordance with 28 U.S.C. § 636.

4. The District Court Executive is directed to enter this Order and provide copies to the parties.

**DATED** July 5, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2