Tom Richey #929444
Washington State Reformatory
PO Box 777
Monroe, WA 98272

RECEIVED
Jul 03, 2019
CLERK, U.S. DISTRICT COURT

3 JULY 2019

RE: Richey v. Aiyeku, 4:16-cv-05047-RMP

Dear Clerk,

My case was stayed pending a decision by the 9th Circuit and US Supreme Court resolving another similar case (Richey v. Dahne, WD No. 3:12-cv-5060). Defendants lost in that case. See Dahne v. Richey, 587 US (2019). Has the stay been lifted? If not, it should be, and this court should consider my amended complaint filed previously, as well as a potential date for trial for a damages award.

Sincerely,

Tom WS Richey