1   CANDIE M. DIBBLE, WSBA #42279
    Assistant Attorney General
2   Office of the Attorney General
    Corrections Division
3   1116 West Riverside Avenue, Suite 100
4   Spokane, WA 99201-1106
    (509) 456-3123
5

6
                                        Honorable Rosanna Malouf Peterson
7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF WASHINGTON

9   THOMAS W.S. RICHEY,                NO. 4:16-cv-05047-RMP

10                     Plaintiff,      DEFENDANTS' RESPONSE TO
                                       COURT'S ORDER TO SHOW
11      v.                             CAUSE

12
    JONI AIYEKU,
13
                       Defendant.
14

15       The Defendant respectfully submit their response to the Court's show cause

16  order. ECF No. 68.

17                             **RESPONSE**

18       Richey filed a request with the Clerk asking whether this case was stayed

19  and requesting trial dates. Richey noted that the Defendants "lost" in his similar

20  lawsuit (*Richey v. Dahne*) and that the Ninth Circuit Court's stay of the appeal in

21  this case was based on the outcome of the Supreme Court's decision in *Richey v.*

22  *Dahne.*

DEFENDANTS' RESPONSE TO COURT'S
ORDER TO SHOW CAUSE
NO. 4:16-cv-05047-RMP

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1    However, Richey failed to mention that there is a current motion to vacate

2    the *Dahne* order due to Richey's false representations. Staff intercepted a letter

3    Richey wrote to his wife celebrating that the basis of his grievance was the

4    "creation of a setup" as there was "never an obese Hispanic guard" who denied

5    him a shower and that his grievance was a total "fabrication" in order to create a

6    lawsuit claim. The *Dahne* Court has ordered an evidentiary hearing to determine

7    whether Richey willfully deceived the Court.[1]

8    In addition, Aiyeku still intends to go forward with her appeal in the Ninth

9    Circuit Court on this Court's decision on the issue of Qualified Immunity. Aiyeku

10    provided the Ninth Circuit Court with a status report on May 16, 2019 after the

11    Supreme Court's decision in the *Dahne* matter. The Ninth Circuit Court has not set

12    a briefing schedule although Aiyeku will likely now inform the appeals Court of

13    the evidentiary hearing set in the *Dahne* matter.

14    Because there are unresolved issues in the *Dahne* matter, which may still

15    have bearing on this lawsuit, and Aiyeku has a right of appeal on the issue of

16    Qualified Immunity, she would object to the setting of a trial date in this Court.

17    *Siegert v. Gilley*, 500 U.S. 226, 232–33 (1991) (recognizing an entitlement not to

18    stand trial or face the other burdens of litigation, conditioned on the resolution of

19    the essentially legal question whether the conduct of which the plaintiff complains

20    _____

21    [1] *See Richey v. Dahne*, United States District Court, Western District of

22    Washington Cause No: C-12-5060-BHS, ECF Nos. 94, 95 and 108.

DEFENDANTS' RESPONSE TO COURT'S
ORDER TO SHOW CAUSE
NO. 4:16-cv-05047-RMP

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  violated clearly established law which "is effectively lost if a case is erroneously

2  permitted to go to trial.").

3  **CONCLUSION**

4      Aiyeku requests the Court continue to stay this matter because Aiyeku's

5  appeal is still pending and the decisions in the *Dahne* case may be vacated. Both

6  decisions, especially the Ninth Circuit decision in this case, will have a direct

7  impact on these proceedings.

8      RESPECTFULLY SUBMITTED this 25th day of July, 2019.

9                          ROBERT W. FERGUSON
                           Attorney General
10

11

12                         s/ Candie M. Dibble
                           CANDIE M. DIBBLE, WSBA #42279
13                         Assistant Attorney General
                           Corrections Division
14                         1116 West Riverside Avenue, Suite 100
                           Spokane, WA 99201-1106
15                         (509) 456-3123
16                         Candie.Dibble@atg.wa.gov

17

18

19

20

21

22

DEFENDANTS' RESPONSE TO COURT'S
ORDER TO SHOW CAUSE
NO. 4:16-cv-05047-RMP

3

1

**CERTIFICATE OF SERVICE**

2
      I hereby certify that I electronically filed the foregoing Defendants'

3
Response to Court's Order to Show Cause with the Clerk of the Court using the

4
CM/ECF system, and I certify that I mailed by United States Postal Service the

document to the following non CM/ECF participants:

5

6
      THOMAS W.S. RICHEY DOC #929444
      MONROE CORRECTIONAL COMPLEX

7
      WASHINGTON STATE REFORMATORY
      PO BOX 777

8
      MONROE, WA 98272-0777
      Email: docmccinmatefederal@doc1.wa.gov

9
      I declare under penalty of perjury under the laws of the United States of

10
America that the foregoing is true and correct.

11
      DATED this 25th day of July, 2019, at Spokane, Washington.

12

13
                                s/ Patty Willoughby
                                PATTY WILLOUGHBY

14
                                Legal Assistant III
                                Corrections Division

15
                                1116 West Riverside Avenue, Suite 100
                                Spokane, WA 99201-1106

16
                                (509) 456-3123

17
                                Patty.Willoughby@atg.wa.gov

18

19

20

21

22

DEFENDANTS' RESPONSE TO COURT'S
ORDER TO SHOW CAUSE
NO. 4:16-cv-05047-RMP

4

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123