AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2021

SEAN F. McAVOY, CLERK

THOMAS WILLIAM SINCLAIR RICHEY,

    *Plaintiff*

v.

J. AIYEKU, L. YOUNG, and K. WALKER,

    *Defendants*

Civil Action No.  4:16-CV-5047-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 99, is GRANTED IN PART with respect to Defendants Aiyeku, Young, and Walker's liability for Plaintiff's right to petition claim, and denied as to remaining part.  Judgment is entered in favor of Defendants Aiyeku, Young, and Walker with respect to Plaintiff's First Amendment retaliation claim under section 1983, and on Plaintiff's claims for punitive and compensatory damages.  Judgment is entered in favor of Plaintiff and against Defendants Aiyeku, Young, and Walker on Plaintiff's right to petition claim. Plaintiff is awarded nominal damages in the amount of one dollar ($1.00).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for summary judgment.

Date:  3/19/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
            *(By) Deputy Clerk*

Sara Gore